# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:16-cv-391

| | |
|---|---|
| JOSEPH & DOLORES MANISCALCO, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| OMEGA FLEX, INC., ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on W. James Johnson's Application for Admission to Practice *Pro Hac Vice* of Erin Grewe. It appearing that Erin Grewe is a member in good standing with the State Bars of Pennsylvania and New Jersey and will be appearing with W. James Johnson, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

IT IS, THEREFORE, ORDERED that W. James Johnson's Application for Admission to Practice Pro Hac Vice (#9) of Erin Grewe is **GRANTED**, and that Erin Grewe is ADMITTED to practice, *pro hac vice*, before the Bar of this court while associated with W. James Johnson.

Signed: June 7, 2017

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge